**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| **GABRIELLA BROOKS**<br><br>Plaintiff,<br><br>*Individually and on Behalf of All Similarly Situated Employees*<br><br>v.<br><br>**STEVENSON UNIVERSITY, INC.**<br><br>Defendant. | Case No: 1:19-cv-01159-SAG |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Gabriella Brooks, Taylor Lyles, Emma Robinson, and Jessica Fritsche ("Plaintiffs") and Defendant Stevenson University, Inc. ("Defendant") respectfully request that this Honorable Court approve a settlement agreement that they have reached concerning Plaintiffs' lawsuit under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201. The Parties seek this Court's approval of the agreement because claims under the FLSA, like those released by Plaintiffs in the Settlement Agreement and General Release ("Agreement"), may not be waived or released without U.S. Department of Labor or Court approval. *See* 29 U.S.C. § 216 (c). A Memorandum in support of this Motion is attached.

Respectfully Submitted,

/s/*Benjamin L. Davis, III*
Benjamin L. Davis, III, Esq.
bdavis@nicholllaw.com
Kelly A. Burgy, Esq
kaburgy@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700

/s/ *Suzzanne W. Decker*
Suzzanne W. Decker
sdecker@milesstockbridge.com
Jeffrey T. Johnson
jjohnson@milesstockbridge.com
Miles & Stockbridge, P.C.
100 Light Street

2

Baltimore, Maryland, 21202  Baltimore, Maryland 21202
Phone No.: (410) 244-7005  Phone No.: (410) 727-6464
Fax No.: (410) 244-8454  Fax No.: (410) 659-1350

*Attorneys for Plaintiffs*  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the Counsel of record in this matter who are registered on CM/ECF, which includes:

Suzzanne W. Decker, Esquire
Jeffrey T. Johnson, Esquire
Miles & Stockbridge
100 Light Street
Baltimore, MD 21202
jtjohnson@milesstockbridge.com
sdeccker@milesstockbridge.com

*Attorneys for Defendant*

/s/ *Benjamin L. Davis, III*
Benjamin L. Davis, III